■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY POPE, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Kings County (Feldman, J.), both rendered June 13, 1985.

Ordered that the judgments are affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Thomp-

son, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.